

RECEIVED

JUN - 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL MOSMILLER, JR., ET AL. | MISC. CASE NO. 17-mc-00101 |
| | RELATED CASE NO. 14-cv-01697 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Paul Mosmiller, Jr., as Personal Representative and Derivative Claimant; and Matt Mosmiller and Sharon Mosmiller, as Derivative Claimants of the Estate of Sharon G. Mosmiller, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __2nd__ day of June, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE